United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

DANIEL JASON ROSS,

        Plaintiff,

    v.

RIO COSUMNES CORRECTION CENTER, et al.,

        Defendants.

Case No. 26-cv-03992-LB

**ORDER OF TRANSFER**

Daniel Ross filed this *pro se* civil rights action complaining about events and omissions which occurred at Rio Cosumnes Correctional Center, located in Sacramento County and within the venue of the Eastern District of California. The individual defendants work at Rio Cosumnes Correctional Center and apparently reside in the Eastern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 26-cv-03992-LB